IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORP., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:06-CV-239-DF |
| SONY-ERICSSON MOBILE COMMUNICATION (USA), INC., | § § § § | |
| Defendant. | § § | |
| ANTOR MEDIA CORP., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:06-CV-240-DF |
| MOTOROLA, INC., | § § § | |
| Defendant. | § § § | |

ORDER

These cases are currently stayed. The Court hereby administratively closes both cases.

It is so **ORDERED.**

**SIGNED this 24th day of June, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

-1-