IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:06-cv-00239-DF |
| SAMSUNG TELECOMMUNICATIONS LLP et al. | § § § § | JURY DEMAND |
| Defendants. | § | |

**ORDER**

The Court, having considered the Unopposed Motion to Withdraw as Counsel, is of the opinion that good cause has been shown and that the motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the following law firms and attorneys are hereby withdrawn as counsel of record for Plaintiff Antor Media Corporation and are relieved of any and all further responsibility in connection with the representation of the Plaintiff in this civil action:

Fulbright & Jaworski L.L.P.:

    Robert Martin Chiaviello, Jr.

    Brett C. Govett

    Kirby Blair Drake

Capshaw DeRieux, LLP:

    Sidney Calvin Capshaw III

    Elizabeth L. DeRieux

Ireland Carroll & Kelley, P.C.:

Deborah J. Race

Otis W. Carroll, Jr.

Patton, Tidwell & Schroeder, LLP:

Nicholas H. Patton

Justin Kurt Truelove

Ward & Smith Law Firm:

Thomas John Ward, Jr.

Accordingly, the Clerk shall terminate Withdrawing Counsel for Plaintiff as counsel of record for Antor Media Corporation and discontinue CM/ECF notices to them for this civil action.

**SIGNED this 23rd day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE